application has not denied the correctnefs of the ftatement, he muft be confidered as having confented to it. This undoubtedly was fufficient caufe for refufal.

Motion denied with cofts to the Judges for oppofing it.

## Jenkins *vs.* Kinsley.

ON a trial by record of an action brought upon a judgment rendered in the Circuit Court of the United States for the Commonwealth of Maffachufetts, *office copies* were offered in evidence.

*Williams* for the defendant objected that there ought either to be an exemplification of the record; Or that the action being brought in a Court of this State, upon a record of a judgment rendered in a Circuit Court in Maffachufetts, the record ought, agreeably to the Act of Congrefs, to have the atteftation of the clerk and the feal of the Court annexed, if there be a feal, together with a certificate of the Judge, Chief Juftice, or prefiding magiftrate, that the atteftation is in due form.

*Per Curiam.* This being a record of a Court of the United States, and not of a State Court, and fo not within the Act of Congrefs prefcribing the mode in which the records and judicial proceedings of the Courts of any State fhall be authenticated, it remains with the Court to decide upon the fuffi-

ciency of the evidence in their difcretion. The mode of certifying a record obferved in the prefent inftance, being the ordinary method in the Commonwealth of Maffachufetts, inftead of the technical exemplification, the Court are of opinion it is fufficient.